**EXHIBIT A**

13. **UNITS SUBJECT TO DECLARATION, BYLAWS AND RULES.** All present and future owners, lessees, occupants and mortgagees of Units shall be subject to and shall comply with the provisions of the Act, this Declaration, the Declaration Plan, the Bylaws and the Rules and Regulations governing the details of the use and operation of the Property and the use of the Common Elements duly adopted pursuant thereto, as they may be amended from time to time (the "Rules") and with the covenants, conditions and restrictions set forth in the Declaration, the Bylaws, the Rules and the Deed to each Unit and in the Declaration Plan. The acceptance of a deed or conveyance or mortgage, or the entering into a lease or the entering into occupancy of any Unit shall constitute an agreement that the provisions of the Act, this Declaration, the Declaration Plan, the Bylaws, the Rules and the covenants, conditions and restrictions set forth in the Deed to each Unit, are accepted and ratified by such owner, lessee, mortgagee, or occupant and all of such provisions shall be covenants running with the land and shall bind any person having at any time interest or estate in such Unit, as though such provisions were recited and stipulated at length in each and every deed, conveyance, mortgage or lease thereof.

**EXHIBIT B**

3. Assessment of Common Expenses and Limited Common Expenses to Unit Owners. The Executive Board shall, promptly following the adoption of each annual budget by resolution duly adopted, assess against each Unit the share chargeable to that Unit, on the basis of its Percentage Interest, of the Common Expenses theretofore incurred or the budgeted estimated future Common Expenses so determined. Limited Common Expenses shall be assessed by resolution duly adopted against the Unit Owners served by Limited Common Elements as set forth in the Declaration. The Executive Board shall have the further right by majority vote, to declare a particular expense as a Limited Common Expense, in which case the amount of such Limited Common Expense will be assessed against only those Units that benefit from such expense. Such assessment of Limited Common Expense shall be made on a proportionate basis between such Unit Owners. All such assessments shall be in writing and, together with a copy of the annual budget, shall be promptly given to each affected Unit Owner in the same manner as is provided in the case of given notice pursuant to these Bylaws. The Unit Owners shall be severally and not jointly liable for the payment of such assessment. Such assessments shall be annual assessments (that is, they shall be for the Common Expenses and Limited Common Expenses anticipated for an entire fiscal year) and shall be payable by the Unit Owners within thirty (30) days from the date on which such resolution is adopted, unless otherwise specified in such resolution, which resolution may allow payment in monthly installments. Assessments and any installments thereof, together with interest thereon at the lower of the rate of 20% per annum or the maximum legal rate permitted to be charged therefor from the date which is ten (10) days after the date on which payment is due, shall, until fully paid, constitute a charge against such Unit. Whenever assessments shall be payable in installments, interest shall accrue only on installments which are ten (10) or more days delinquent, as aforesaid. In the event that any installment of any assessment shall be paid due for more than forty-five (45) days, the remaining unpaid balance of such assessment plus interest as aforesaid shall, at the option of the Executive Board, become immediately due and payable in full. The Unit Owner's liability for any assessments under this Article VI shall not be abated due to any interruption in his right of occupancy of his Unit or any interruption in the delivery of any services to the Unit Owner or his Unit or for any other reason whatsoever, except as otherwise specifically set forth in this

**20**

**Article VI.**

**EXHIBIT C**

The Philadelphia Courts

**Civil Docket Access**

🛒 No Items in Cart | LOGIN

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 150804012 |
| **Case Caption:** | RIVER'S BEND III CONDOMINIUM ASSOCIATION VS GUTTIN |
| **Filing Date:** | Monday , August 31st, 2015 |
| **Court:** | ARBITRATION |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | CONTRACTS OTHER |
| **Status:** | JUDGMENT BY DEFAULT/FINAL DISP |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | BERTON, ELLIOT H |
| **Address:** | 1273 LANCASTER AVE BERWYN PA 19312 (610)889-0700 | **Aliases:** | *none* | |
| | | | | |
| 2 | 1 | | PLAINTIFF | RIVER'S BEND III CONDOMINIUM ASSOCIATION |
| **Address:** | C/O ROBERT H. WISE MANAGEMENT CO., INC. 453 BALTIMORE PIKE; 2ND FLOOR SPRINGFIELD PA 19064 | **Aliases:** | *none* | |

| 3 | | | DEFENDANT | GUTTIN, ARON |
|---|---|---|---|---|
| Address: | 9584 B STATE ROAD PHILADELPHIA PA 19114 | Aliases: | *none* | |
| | | | | |

| 4 | 5 | | GARNISHEE | BANK OF AMERICA |
|---|---|---|---|---|
| Address: | 1501 LOCUST STREET PHILADELPHIA PA 19102 | Aliases: | *none* | |
| | | | | |

| 5 | | | ATTORNEY FOR GARNISHEE | HALAIKO, MICHAEL J |
|---|---|---|---|---|
| Address: | MILES & STOCKBRIDGE PC 100 LIGHT STREET 4TH FLOOR BALTIMORE MD 21202 (410)385-3715 | Aliases: | *none* | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 31-AUG-2015 02:45 PM | ACTIVE CASE | | | 31-AUG-2015 03:14 PM |
| **Docket Entry:** | E-Filing Number: 1508061479 | | | |
| | | | | |
| 31-AUG-2015 02:45 PM | COMMENCEMENT OF CIVIL ACTION | BERTON, ELLIOT H | | 31-AUG-2015 03:14 PM |
| **Documents:** | Click link(s) to preview/purchase the documents Final Cover | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 31-AUG-2015 02:45 PM | COMPLAINT FILED NOTICE GIVEN | BERTON, ELLIOT H | | 31-AUG-2015 03:14 PM |
| **Documents:** | Click link(s) to preview/purchase the documents complaint filed 8 31 15.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER | | | |

| Docket Entry: | SERVICE IN ACCORDANCE WITH RULE 1018.1 ...ED. | | | |
|---|---|---|---|---|
| | | | | |
| 31-AUG-2015 02:45 PM | SHERIFF'S SURCHARGE 1 DEFT | BERTON, ELLIOT H | | 31-AUG-2015 03:14 PM |
| Docket Entry: | *none.* | | | |
| | | | | |
| 31-AUG-2015 03:14 PM | ARBITRATION HEARING SCHEDULED | | | 31-AUG-2015 03:14 PM |
| Docket Entry: | SCHEDULED FOR ARBITRATION HEARING ON MAY 27, 2016, AT 09:15 AM AT THE ARBITRATION CENTER, 1880 JFK BLVD., 5TH FLOOR. | | | |
| | | | | |
| 11-SEP-2015 08:44 PM | AFFIDAVIT OF SERVICE FILED | | | 14-SEP-2015 08:52 AM |
| Documents: | Click link(s) to preview/purchase the documents<br>Affidavit of Service | Click HERE to purchase all documents related to this one docket entry | | |
| Docket Entry: | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON ARON GUTTIN BY PERSONAL SERVICE ON 09/06/2015 FILED. | | | |
| | | | | |
| 09-OCT-2015 11:15 AM | JUDGMENT BY DEFAULT/FINAL DISP | BERTON, ELLIOT H | $3,737.00 | 09-OCT-2015 02:03 PM |
| Documents: | Click link(s) to preview/purchase the documents<br>default filed 10 9 15.pdf | Click HERE to purchase all documents related to this one docket entry | | |
| Docket Entry: | PRAECIPE FOR ENTRY OF DEFAULT JUDGMENT FILED. JUDGMENT IN FAVOR OF RIVER'S BEND III CONDOMINIUM ASSOCIATION AND AGAINST ARON GUTTIN FOR FAILURE TO FILE ANSWER WITHIN REQUIRED TIME. PRO-PROTHONOTARY. NOTICE UNDER RULE 236 GIVEN. NOTICE UNDER 237.1 GIVEN. AFFIDAVIT OF NON-MILITARY SERVICE FILED . DAMAGES ASSESSED: $3,737.00 | | | |
| | | | | |
| 24-JUN-2016 10:24 AM | PRAECIPE TO ISSUE WRIT FILED | BERTON, ELLIOT H | | 24-JUN-2016 10:27 AM |
| Documents: | Click link(s) to preview/purchase the documents<br>woe.pdf | Click HERE to purchase all documents related to this one docket entry | | |
| Docket Entry: | PRAECIPE TO ISSUE WRIT OF ATTACHMENT FILED. WRIT OF EXECUTION IN ATTACHMENT AND SUMMONS ISSUED UPON GARNISHEE(S) BANK OF AMERICA WITH INTERROGATORIES IN ATTACHMENT WITH NOTICE TO PLEAD FILED. (FILED ON BEHALF OF RIVER'S BEND III CONDOMINIUM ASSOCIATION) | | | |

| 06-JUL-2016<br>09:11 AM | AFFIDAVIT OF SERVICE<br>FILED | | | 06-JUL-2016<br>02:50 PM |
|---|---|---|---|---|
| **Documents:** | ✄ Click link(s) to preview/purchase the documents<br>Affidavit of Service | | Click HERE to purchase all documents<br>related to this one docket entry | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF INTERROGATORIES IN ATTACHMENT UPON BANK OF AMERICA BY PERSONAL SERVICE ON 07/05/2016 FILED. | | | |
| | | | | |
| 14-JUL-2016<br>01:08 PM | ANSWERS-INTEROGS IN<br>ATTACHMENT | HALAIKO,<br>MICHAEL J | | 15-JUL-2016<br>08:22 AM |
| **Documents:** | ✄ Click link(s) to preview/purchase the documents<br>Aron Guttin Answers.pdf | | Click HERE to purchase all documents<br>related to this one docket entry | |
| **Docket Entry:** | ANSWER TO BANK OF AMERICA INTERROGATORIES IN ATTACHMENT DIRECTED TO GARNISHEE(S) FILED. (FILED ON BEHALF OF BANK OF AMERICA) | | | |

▶ Case Description   ▶ Related Cases   ▶ Event Schedule   ▶ Case Parties   ▶ Docket Entries

Search Home