UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE: | : |
| ARON GUTTIN | : BK. No. 17-17469-mdc |
| Debtor | : |
| | : Chapter No. 13 |
| U.S. BANK NATIONAL ASSOCIATION | : |
| Movant | : |
| v. | : |
| ARON GUTTIN | : 11 U.S.C. §362 |
| Respondent | : |
| | : |

### ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 15th day of January, 2019, at **PHILADELPHIA**, upon Motion of **U.S. BANK NATIONAL ASSOCIATION** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 9584 STATE ROAD UNIT B, PHILADELPHIA, PA 19114 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQ. (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

ARON GUTTIN
9584 STATE ROAD
#B
PHILADELPHIA, PA 19114

BRAD J. SADEK
SADEK AND COOPER
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107