# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ARON GUTTIN | : | NO. 17-17469 MDC |

## ORDER

**AND NOW,** this _____ day of _____, 2022, upon consideration of the Certification of Counsel of Default From Stipulation Between Debtor and Rivers Bend III Condominium Association and Request for Relief From the Stay,

**IT IS HEREBY ORDERED:**

1. Rivers Bend III Condominium Association is hereby granted relief from the automatic stay set forth at 11 U.S.C. §362(a), and may exercise its state law rights with respect to the Unit known as and located at 9584 B State Road, Philadelphia, Pennsylvania 19114.

BY THE COURT:

_____
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

Copies to:

Steven L. Sugarman, Esquire
Elliot H. Berton, Esquire
STEVEN L. SUGARMAN & ASSOCIATES
1273 Lancaster Avenue
Berwyn, PA 19312

Kenneth E. West, Esquire, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

Aron Guttin
9584 B State Road
Philadelphia, PA 19114